No. 76–211. MONROE COUNTY PROBATE COURT ET AL. *v.* WELDON ET AL. C. A. 6th Cir. Motion of Michigan Probate and Juvenile Judges Assn. et al. for leave to file a brief as *amici curiae* granted. Motions of respondent Weldon and Bettye S. Elkins, guardian *ad litem* for respondent Weldon, for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Trainor* v. *Hernandez,* 431 U. S. 434

(1977), and *Juidice* v. *Vail,* 430 U. S. 327 (1977).